**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 3024 Disciplinary Docket No. 3 |
| | : | |
| JAMES CHARLES BAILEY, A/K/A | : | No. 175 DB 2023 |
| JAMES C. BAILEY | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 23-BG-0915) |
| | : | |
| | : | Attorney Registration No. 69086 |
| | : | |
| | : | (Out of State) |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of March, 2024, upon consideration of the responses to a Notice and Order directing Respondent to provide reasons against the imposition of reciprocal discipline, James Charles Bailey, a/k/a James C. Bailey, is disbarred from the practice of law in the Commonwealth of Pennsylvania. Respondent shall comply with the provisions of Pa.R.D.E. 217.